ANDERSON KILL & OLICK, P.C.
Greg Hansen (GH-3516)
Helen J. Williamson (HW-1527)
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1000
Attorneys for Petitioners
Cardell Financial Corp.
and Deltec Holdings, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| CARDELL FINANCIAL CORP. and DELTEC HOLDINGS, INC., | |
|---|---|
| Petitioners, | Case No. 09-_____ |
| - against - | **NOTICE OF PETITION TO CONFIRM ARBITRATION AWARD** |
| SUCHODOLSKI ASSOCIATES, INC. and CONSULTORA WORLDSTAR S.A., | |
| Respondents. | |

PLEASE TAKE NOTICE that upon the annexed Declaration of Helen J. Williamson dated July 1, 2009, and the Exhibits attached thereto, and upon the Final 2009 Award (as defined below) of the Panel of Arbitrators in the arbitration proceedings between petitioners Cardell Financial Corp. ("Cardell") and Deltec Holdings Inc. ("Deltec") (collectively, "Petitioners"), and Respondents Suchodolski Associates, Inc. ("SAA") and Consultora Worldstar, S.A. ("Worldstar") (collectively, "Respondents"), rendered by a majority of the arbitrators, and a dissenting opinion, dated April 28, 2009 (collectively, the "Award"), together with a letter from the Tribunal dated June 8, 2009 (the "June 8 Letter"), which, *inter alia*, approved the correction of certain clerical and typographical errors in the Award as identified in an Errata Sheet identified as Exhibit A (the "Errata Sheet") (the Award, the June 8 Letter and the Errata Sheet are referred to

NYDOCS1-919784.4

collectively, as the "Final 2009 Award"), an application will be made before this Court, 500 Pearl Street, Courtroom 11D, New York, NY 10007-1312 on _____ at _____ A.M., or as soon thereafter as counsel can be heard, for an order pursuant to the Federal Arbitration Act, 9 U.S.C. §§207 and 301 *et seq.* (i) confirming the Final 2009 Award against Respondents, (ii) entering judgment in Cardell's and Deltec's favor in conformity with the Final 2009 Award, (including, but not limited to, the amounts in paragraphs 3 and 4 of Section IX of the Final 2009 Award), plus statutory interest, (iii) awarding to Petitioners the costs and attorneys' fees associated with bringing this petition, and (iv) awarding such other and further relief as the Court deems just and proper.

Dated: New York, New York
July 1, 2009

ANDERSON KILL & OLICK, P.C.

By: _____
Greg Hansen (GH-3516)
Helen J. Williamson (HW-1527)
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1000
Attorneys for Petitioners Cardell Financial
Corp. and Deltec Holdings, Inc.

AND

John H. Doyle, III
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, New York 10022
(212) 205-6029
Co-counsel for Petitioners Cardell
Financial Corp. and Deltec Holdings, Inc.

TO:
David L. Kelleher, Esq.
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
Washington, D.C. 20036
(202) 457-1685

Michael Evan Jaffe, Esq.
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, D.C. 20037-1122
(202) 663-8068
Attorneys for Respondents Suchodolski
Associates, Inc. and Consultora
Worldstar S.A.